March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

TETYANA GOLYAK         ,
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC)(___)

Defendant TETYANA GOLYAK hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

X   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

\_\_\_ Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

_Tetyana Golyak /By/_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Tetyana Golyak
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

Esere J. Onaodowan
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/21/20
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge