March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Tetyana Golyak

Defendant(s).

-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

20 -CR- 681 (__)(__)

Defendant __Tetyana Golyak__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Tetyana Golyak
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

____Tetyana Golyak____
Print Defendant's Name

____[signature]____
Defense Counsel's Signature

__Inessa Spevakova__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/4/2021
Date

____[signature]____
U.S. District Judge/U.S. Magistrate Judge