# LAW FIRM OF INESSA SPEVAKOVA
# AND ASSOCIATES, PLLC

513 Brighton Beach Ave, Fl 2 · Brooklyn, NY 11235
TEL: 917-379-4600 · EMAIL: inessalaw@yahoo.com

June 3, 2021

Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Ms. Golyak's request is granted. Ms. Golyak may travel to Coolbaugh Township, Pennsylvania, from June 6, 2021 and June 9, 2021.

SO ORDERED.

Date: June 3, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

RE: **United States of America v. Tetyana Golyak**
    **Case 20 Cr. 681(JPC)**

Dear Judge Cronan:

    My client, Tetyana Golyak, is seeking your permission to travel to Coolbaugh Township in Pennsylvania to visit with her friend from June 6 to June 9, 2021. Neither the Pretrial Services Office nor the US Attorney's Office has objections to this application.

    Ms. Golyak would continue to abide by the rules of this Court and her pre-trial release conditions.

Dated: June 3, 2021
Brooklyn, New York

Respectfully submitted,

Inessa Spevakova, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing has been furnished to Nicholas W. Chiuchiolo, Esq, Assistant United States Attorney for the Southern District of New York, via ECF and email on June 3, 2021.

Inessa Spevakova, Esq.