Case 1:20-cr-00681-JPC   Document 206   Filed 01/10/22   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA    :
:
-v-    :    20 Cr. 681 (JPC)
:
TETYANA GOLYAK,    :    ORDER
:
Defendant.    :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court was advised by Pretrial Services that Defendant Tetyana Golyak's counsel may seek to withdraw from representing Ms. Golyak in this case. Ms. Golyak's counsel shall file a letter with the Court by January 14, 2022 updating the Court on the status of her representation of Ms. Golyak and whether she intends to seek to withdraw as counsel.

SO ORDERED.

Dated: January 10, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge