UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Teyana Golyak

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20     -CR- 681(   ) (   )

Defendant __Tetyana Golyak__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Tetyana Golyak_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Inessa Faulkner (Spevakova)_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_01/19/22_
Date

_____
U.S. District Judge/U.S. Magistrate Judge