UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES,                                                         :
:
:
:
       -v-                                                             :   20 Cr. 681 (JPC)
:
TETYANA GOLYAK,                                                        :   <u>ORDER</u>
:
              Defendant.                                               :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The sentencing hearing currently scheduled for February 3, 2025 is adjourned to February 18, 2025 at 10:00 a.m.

      SO ORDERED.

Dated: January 23, 2025
       New York, New York

                                                             JOHN P. CRONAN
                                                United States District Judge